RECEIVED
JUL 16 2008
JUL 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES COURT
FOR THE NORTHERN ILLINOIS
~~WESTERN~~ EASTERN DIVISION

TERENCE BRUCE RICHARDS
PLAINTIFF

VS.

UNITED STATES OF AMERICA
CLERK OF UNITED STATES SUPREME COURT

08CV4037
JUDGE KENNELLY
MAG. JUDGE BROWN

## COMPLAINT

I, TERENCE BRUCE RICHARDS, HEREBY STATES AS FOLLOWS, THAT THE FOLLOWING IS THE FACTS.

### JURISDICTION

1.) THIS COURT HAS JURISDICTION PURSUANT TO 28 U.S.C. 2201

### FACTS

2.) THE UNITED STATES JUSTICE STEVENS, ON APRIL 21ST 2008, EXTENDED THE TIME FOR FILING A COMPLAINT-BRIEF UNTIL JULY 13, 2008.

3.) THE PLAINTIFF SENT HIS APPELLANT BRIEF ON APRIL 21ST, 2008, AND NO BRIEF WAS EVER FILED BY THE CLERK. THE PLAINTIFF, HAS A POSTAL RETURN RECEIPT, SHOWING PROOF OF SERVICE. THIS IS FOR CASE 07A845.

4.) THE CLERK OF THE UNITED STATES SUPREME COURT VIOLATED THE PLAINTIFF'S CONSTITUTIONAL RIGHT TO ACCESS THE COURTS, UNDER THE FIRST AMENDMENT.

*[signature]*

If you view the full docket, you will be charged for 5 Pages   $ 0.40

## US Court of Appeals for the Seventh Circuit
## Case Summary

```
Court of Appeals Docket #: 07-3360                    Filed: 10/1/07
Nsuit: 2555  Prison Condition/US Defendant
Richards, Terence v. USA, et al
Appeal from: United States District Court

Lower court information:
    District: 0752-1 : 07 C 1907
    Ordering Judge: Matthew F. Kennelly, Judge
```

| Date | Entry |
|---|---|
| 12/4/07 | Filed prose motion by Appellant Terence B. Richards to proceed on appeal in forma pauperis. [2167152-1] [07-3360] (desi) |
| 1/23/08 | ORDER re: Request for leave to proceed as a pauper on appeal, the appellant's motion filed under Federal Rule of Appellate Procedure 24, the district court's order pursuant to 28 U.S.C. 1915(a)(3) certifying that the appeal was filed in bad faith, and the record on appeal. The motion for leave to proceed on appeal in forma pauperis is DENIED. See Lee v. Clinton, 209 F.3d 1025 (7th Cir. 2000). Appellant shall pay the required docketing fee within 14 days, or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b). See Newlin v. Helman, 123 F.3d 429, 434 (7th Cir. 1997). [07-3360] [2181386-1] Fee due on 2/6/08 for Terence B. Richards. (fern) |
| 2/14/08 | The appellant was DENIED leave to proceed on appeal in forma pauperis in the appellate court on 1/23/08 and was given 14 days to pay the $455 filing fee. The appellant has not paid the $455 filing fee. IT IS ORDERED that this appeal is DISMISSED for failure to pay the required docketing fee, pursuant to Circuit Rule 3(b). The appellant shall remit to the clerk of the district court the $455 appellate fees. Mandate issued, record to be returned later. [07-3360] [0-0] (kopr) |
| 2/19/08 | Filed mandate receipt. [07-3360] [2188931-1] (rosa) |
| 2/20/08 | Original record returned to the District Court. (Contents returned: 1 vol. pleadings.) [07-3360] [0-0] (cove) |
| 2/26/08 | Filed record receipt. [2191307-1] [07-3360] (linj) |
| 3/10/08 | Filed prose motion by Appellant Terence B. Richards to recall the mandate. [2196422-1] [07-3360] (fern) |
| 3/12/08 | ORDER issued DENYING motion to recall the mandate. [2196422-1] JKL [07-3360] (fern) |
| 4/24/08 | Notice from the Supreme Court that a motion for extension of time to file a Petition for Writ of Certiorari has been GRANTED, extending such time to 7/13/08. [2146776-1] |

[07-3360] (fern)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/16/2008 15:13:12 | | | |
| PACER Login: | th6656 | Client Code: | |
| Description: | dkt summary | Case Number: | 07-3360 |
| Billable Pages: | 1 | Cost: | 0.08 |