APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: TERENCE BRUCE RICHARDS
(Please print)

STREET ADDRESS: 105 SOUTH ASHLAND AVE

CITY/STATE/ZIP: CHICAGO, ILLINOIS 60604

PHONE NUMBER: NONE

CASE NUMBER: 08CV4037
JUDGE KENNELLY
MAG. JUDGE BROWN

Signature: [signed] Terence Bruce Richards    Date: 7/16/2008

FILED
JUL 16 2008
Jul 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT