# United States District Court

## Northern District of Illinois

Eastern Division

Richards **JUDGMENT IN A CIVIL CASE**

        v.                                Case Number: 08 C 4037

USA

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered dismissing this action as frivolous and for failure to state a claim pursuant to 28 U.S.C. §1915©.

Michael W. Dobbins, Clerk of Court

Date: 7/18/2008                                  _____

                                                       /s/ Olga Rouse, Deputy Clerk