IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT
OF ILLINOIS – WESTERN DIVISION

FILED
J.N
JUL 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Terence Bruce Richards )<br>    Plaintiff-Appallant )<br> )<br>Vs. )<br> )<br> )<br>United States of America )<br>Clerk of United States Supreme Court )<br>    Defendant-Appellees ) | Case Number 08 C 4037<br><br>Judge Mathew F. Kennelly |

## NOTICE OF MOTION FOR RECONSIDERATION
## PURSUANT TO FED. R. Civ. Proc. 59(e)

**Please take notice,** that on the attached motion for reconsideration of the Court's July 18th, 2008 Court Order entered by Honorable Judge Mathew F. Kennelly for above captioned case, pursuant to Fed. R. Civ. Proc. 59(e), the undersigned will move this Honorable Court on July 29th, 2008, or soon thereafter as the parties may be heard at the 9:30 United States Courthouse of the Northern Illinois District Court – Eastern Division, 219 South Dearborn Street, Chicago, Illinois, for an order granting his motion for reconsideration.

_____
Terence Bruce Richards

July 25th, 2008